UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Government,<br><br> -against-<br>Nicholas Brooks,<br><br>      Defendant. | 25-mj-01666-UA-3<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  The status conference set for June 30, 2025 at 10 AM in front of Judge Robyn F. Tarnofsky is cancelled.

DATED: June 27, 2025           SO ORDERED.
      New York, NY

                            _____
                            **ROBYN F. TARNOFSKY**
                            United States Magistrate Judge